| | |
|---|---|
| 1 | KATHLEEN J. CHOI, CA Bar No. 284428 |
|   | kathleen.choi@ogletree.com |
| 2 | KRISTIN N. KOVACICH, CA Bar No. 322454 |
|   | kristin.kovacich@ogletree.com |
| 3 | OGLETREE, DEAKINS, NASH, |
|   | SMOAK & STEWART, P.C. |
| 4 | 400 South Hope Street, Suite 1200 |
|   | Los Angeles, CA 90071 |
| 5 | Telephone: 213-239-9800 |
|   | Facsimile: 213-239-9045 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | SANTA BARBARA TRANSPORTATION |
|   | CORPORATION |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE L. DIAZ, on his own behalf and on behalf of all others similarly situated, | Case No. 2:19-CV-07394 |
| | **DECLARATION OF KATHLEEN CHOI** |
| Plaintiff, | |
| v. | [Filed concurrently with Notice of Removal of Civil Action to United States District Court and Civil Cover Sheet |
| SANTA BARBARA TRANSPORTATION CORPORATION dba STUDENT TRANSPORTATION OF AMERICA; and DOES 1 through 100, inclusive, | Complaint Filed: July 10, 2019 |
| | Trial Date: None |
| | District Judge: Hon. _____ |
| Defendants. | Courtroom _____ |

Case No. 2:19-CV-07394

DECLARATION OF KATHLEEN CHOI

Choi Declaration.docx

# DECLARATION OF KATHLEEN CHOI

I, Kathleen Choi, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of California. I am an attorney at the law firm Ogletree, Deakins, Nash, Smoak and Stewart, P.C., counsel for defendant Santa Barbara Transportation ("Defendant"). I am one of the attorneys primarily responsible for handling the defense of this matter. I make this declaration in support of Defendant's Notice of Removal of Civil Action to United States District Court ("Removal"). The facts set forth below are true of my own personal knowledge, and if called upon to testify, I could competently do so under oath.

2. Defendant received Notice of Service of Process from its registered agent for service on July 29, 2019. The Notice of Service of Process reflected personal service on July 26, 2019 of a Summons and Complaint in a matter captioned *Jose L. Diaz v. Santa Barbara Transportation Corporation, et al.*, Case No. CIVDS1920120, and pending in the Superior Court of California, County of San Bernardino. Attached as **Exhibit A** to this Declaration is a true and correct copy of the Notice of Service of Process issued by Defendant's registered agent.

3. Together with the Summons and Complaint, Defendant also received copies of a Civil Case Cover Sheet, Initial Case Management Conference Order, and Guidelines for the Complex Litigation Program. Attached as **Exhibits B through F** to this Declarations are true and correct copies of, respectively, the Summons, Civil Case Cover Sheet, Class Action Complaint, Initial Case Management Conference Order, and Guidelines for the Complex Litigation Program served on Defendant.

///

///

4. Exhibit B through F together comprise all process, pleadings, and orders served to date on Defendant.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct, and that this declaration was executed on this 26th day of August, 2019, at Los Angeles, California.

/s/ Kathleen Choi
Kathleen Choi